IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                         PLAINTIFF

v.                    Case No. 4:10-cr-134-02-DPM

DARYL SHANE SMITH                                                DEFENDANT

ORDER

On further reflection, the Court concludes that the fine imposed is too big. The Court failed to give adequate weight to Smith's prompt payment of his back taxes to the IRS, as well as all interest and all back state taxes. The Court therefore modifies its sentence and judgment pronounced yesterday: the fine component of a just and appropriate sentence for Smith, 18 U.S.C. § 3553(a), is $60,000.00. For the reasons stated at the hearing, an upward departure or variance is needed in the fine. But the Court went too far in the $100,000.00 amount. The Court's Judgment and Commitment Order will therefore include the $60,000.00 amount.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 November 2011